Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  19−30809−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Erica M Graham                                           Carl D Graham Jr.
    64 Embroidery St                                        64 Embroidery St
    Sayreville, NJ 08872                                Sayreville, NJ 08872

Social Security No.:
    xxx−xx−9349                                               xxx−xx−1164

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on December 13, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 19 − 18
Order Denying Approval of Reaffirmation Agreement with Diamler Trust (re: 2019 Mercedes−Benz C300W4). (related document:18 Reaffirmation Agreement filed by Creditor Diamler Trust). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/13/2019. (ckk)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 13, 2019
JAN: ckk

                                                                                                         Jeanne Naughton
                                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Erica M Graham  
Carl D Graham, Jr.  
    Debtors

Case No. 19-30809-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 13, 2019  
                      Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.  
cr            Diamler Trust,    POB 131265,    Roseville, MN   55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
            Andrea   Dobin    ecftrusteead@msbnj.com,   NJ55@ecfcbis.com  
            Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
            Joseph B Vas    on behalf of Creditor Evelyn   Arvelo jbvas@vas-law.com,   ahuerta@vas-law.com  
            Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
            Yakov   Rudikh    on behalf of Debtor Erica M Graham rudikhlawgroup@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
            Yakov   Rudikh    on behalf of Joint Debtor Carl D Graham, Jr. rudikhlawgroup@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
                                                                                                  TOTAL: 7