| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| | **Order Filed on December 13, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br><br>Erica M Graham<br>Carl D Graham, Jr. | Case No.:  19-30809<br><br>Chapter:  7<br><br>Judge:  Kathryn C. Ferguson |

### ORDER REGARDING REAFFIRMATION AGREEMENT OF PERSONAL PROPERTY LEASE

The relief set forth on the following page numbered 2 is hereby **ORDERED**.

**DATED: December 13, 2019**

*Honorable Kathryn C. Ferguson*
*United States Bankruptcy Judge*

**Order Regarding Reaffirmation Agreement**
**Page 2**

The Reaffirmation Agreement between the Debtor(s) and

Diamler Trust (re: 2019 Mercedes-Benz C300W4)
_____

is DISAPPROVED. The Court finds that the subject of the reaffirmation agreement is a personal property lease and therefore governed by 11 U.S.C. § 365(p), not § 524. The parties may enter into a lease assumption agreement under § 365(p)(2) without need for court approval. Lessors should be guided by D.N.J. LBR 4001-2 regarding sending notices to the debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Erica M Graham  
Carl D Graham, Jr.  
    Debtors

Case No. 19-30809-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1  Date Rcvd: Dec 13, 2019  
        Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.  
db/jdb  +Erica M Graham,   Carl D Graham, Jr.,   64 Embroidery St,   Sayreville, NJ 08872-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
    Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com  
    Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Joseph B Vas    on behalf of Creditor Evelyn   Arvelo jbvas@vas-law.com,  ahuerta@vas-law.com  
    Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    Yakov   Rudikh    on behalf of Debtor Erica M Graham rudikhlawgroup@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
    Yakov   Rudikh    on behalf of Joint Debtor Carl D Graham, Jr. rudikhlawgroup@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com  
                       TOTAL: 7