UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| | : | Case No. 19-30809 (KCF) |
| In re: | : | Chapter 7 |
| | : | |
| Erica M. Graham and | : | |
| Carl D. Graham, Jr., | : | The Honorable Kathryn C. Ferguson |
| | : | |
| Debtors. | : | |
| | : | |

**APPLICATION FOR THE ENTRY OF A CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO APRIL 7, 2020**

The United States Trustee, by and through counsel, in furtherance of his duties and responsibilities under 28 U.S.C. § 586 (a)(3) and (5), hereby respectfully submits this Application for the entry of the Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to April 7, 2020.

In support of this Application, the United States Trustee ("UST") respectfully represents as follows:

1. On November 1, 2019, Erica M. Graham and Carl D. Graham, Jr. ("Debtors") filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code.

2. On November 2, 2019, Andrea Dobin, Esq., was appointed as the chapter 7 trustee ("Trustee"). The meeting of creditors pursuant to 11 U.S.C. § 341(a) was scheduled for December 9, 2019.

3. The deadline to oppose discharge or dischargeability is set for February 7, 2020.

4. On December 9, 2019, the Office of the United States Trustee received a referral from the Trustee regarding the Debtors' income and expenses.

5. On January 15, 2020, the UST, by and through counsel, issued a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* ("Subpoena") to the Debtors seeking information related to the Debtors' income, payroll deductions, and monthly expenses. Documents were due by February 3, 2020, pursuant to the Subpoena.

6. On January 31, 2020, the Office of the United States Trustee extended the deadline for the Debtors to produce the documents required by the Subpoena.

7. The Office of the United States Trustee has secured the consent of Debtors' counsel to extend the time to file a motion to dismiss case under 11 U.S.C. § 707(b)(1) and (3) and extend the time to file a complaint objecting to discharge under 11 U.S.C. § 727 to April 7, 2020, so that it can complete its review of the Debtors' financial affairs.

8. Accordingly, the UST requests the entry of the attached proposed consent order as discovery is ongoing in this matter.

        Respectfully submitted,
        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 & 9

        By: */s/Michael A. Artis*
            Michael A. Artis
            Trial Attorney

DATED: February 4, 2020