UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Michael A. Artis, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Michael.A.Artis@usdoj.gov

Order Filed on February 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Erica M. Graham and
Carl D. Graham, Jr.,

Debtors.

Case No.: 19-30809 (KCF)

Chapter 7

Hearing Date:

Chief Judge: Honorable Kathryn C. Ferguson

**CONSENT ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS CASE UNDER 11 U.S.C. § 707(b)(1) AND (3) AND EXTENDING TIME TO FILE A COMPLAINT OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727 TO APRIL 7, 2020**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 4, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtors: Erica M. Graham and Carl D. Graham, Jr.

Chapter 7 Case No.:19-30809 (KCF)

**Consent Order Extending Time to File a Motion to Dismiss Case Under 11 U.S.C. § 707(b)(1) and (3) and Extending Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727 to April 7, 2020**

_____

THIS MATTER having been consensually opened to the Court and agreed upon by and between Andrew R. Vara, United States Trustee, by and through his counsel the Office of the United States Trustee (Michael A. Artis, Esquire appearing), and Rudikh & Associates, counsel for the Debtors, (Yakov Rudikh, Esquire, appearing), and for other good cause shown, it is hereby;

**ORDERED** that any motion by the United States Trustee to dismiss the present Chapter 7 case under 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727 by the United States Trustee and/or the Chapter 7 trustee must be filed on or before **April 7, 2020**; and it is further;

**ORDERED** that the United States Trustee reserves his right to seek a further extension of the time to file a motion pursuant to 11 U.S.C. § 707(b)(1) and (3) or any complaint objecting to discharge under 11 U.S.C. § 727.

| The form and entry of the order is hereby acknowledged and agreed to: | Without Objection: |
|---|---|
| Yakov Rudikh<br>Rudikh & Associates<br>Attorney for the Debtors | Andrew R. Vara<br>United States Trustee, Regions 3 & 9 |
| By: */s/Yakov Rudikh*<br>　　Yakov Rudikh<br>　　Attorney for the Debtors | By: */s/Michael A. Artis*<br>　　Michael A. Artis<br>　　Trial Attorney |

United States Bankruptcy Court
District of New Jersey

In re:
Erica M Graham
Carl D Graham, Jr.
    Debtors

Case No. 19-30809-KCF
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin         Page 1 of 1          Date Rcvd: Feb 05, 2020
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
db/jdb         +Erica M Graham,   Carl D Graham, Jr.,   64 Embroidery St,   Sayreville, NJ 08872-1873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
        Andrea   Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
        Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL Mortgage
         Pass-Through Certificates, Series 2007-9SL, U.S. Bank Et Al... dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
         in interest to Bank of America, National Association, Et Al... dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joseph B Vas    on behalf of Creditor Evelyn   Arvelo jbvas@vas-law.com,   ahuerta@vas-law.com
        Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
        Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com,
         dana@redbanklaw.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Yakov   Rudikh    on behalf of Joint Debtor Carl D Graham, Jr. rudikhlawgroup@gmail.com,
         rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
        Yakov   Rudikh    on behalf of Debtor Erica M Graham rudikhlawgroup@gmail.com,
         rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                        TOTAL: 9