UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Graham, Erica M. and Carl D., Jr.    Case No.: __19-30809-KCF__

Chapter: __7__

Judge: __Kathryn C. Ferguson__

### NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__    __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __July 14, 2020__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
64 Embroidery Street
Sayreville, NJ

Valued at: $375,000.00

Liens on property:

SLS
$368,653.00

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name: __Andrea Dobin, Trustee__

Address: __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 19-30809-KCF
Erica M Graham                                                    Chapter 7
Carl D Graham, Jr.
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                Page 1 of 2           Date Rcvd: Jun 12, 2020
                             Form ID: pdf905            Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2020.
db/jdb         +Erica M Graham,    Carl D Graham, Jr.,    64 Embroidery St,    Sayreville, NJ 08872-1873
cr             +Daimler Trust,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr              Diamler Trust,    POB 131265,    Roseville, MN 55113-0011
cr             +Pinnacle Federal Credit Union,    McKenna, DuPont, Higgins & Stone,    229 Broad Street,
                 P.O. Box 610,    Red Bank, NJ 07701,    UNITED STATES 07701-0610
518550098      +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
518567232       Daimler Trust,    PO Box 131265,    Roseville, MN 55113-0011
518550103       Elan Financial Service,    Cb Disputes,    Saint Louis, MO 63166
518550104      +Evelyn Arvelo,    191 Madison Ave,    Perth Amboy, NJ 08861-4611
518550109      +Lending Club Corp,    595 Market Street,    San Francisco, CA 94105-2807
518550111      +Middlesex County Law Division,    P.O. Box 1146,    New Brunswick, NJ 08903-1146
518550112      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518550115      +Saxon Mtg,    Po Box 161489,    Fort Worth, TX 76161-1489
518550116      +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
518550120      +Tdrcs/raymour & Flanig,    1000 Macarthur Bv,    Mahwah, NJ 07430-2035
518550122      +VAS Law, LLC,    65 Smith St,    Perth Amboy, NJ 08861-4413
518550123      +Wilentz Goldman, and Spitzer,    90 Woodbridge Center Drive,    Woodbridge, NJ 07095-1146

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2020 00:58:24      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2020 00:58:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518550099       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 13 2020 01:02:58      Bmw Financial Services,
                 Po Box 3608,    Dublin, OH 43016
518557073      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 13 2020 01:04:06
                 BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518550100      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 13 2020 01:04:03
                 Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
518550101      +E-mail/Text: convergent@ebn.phinsolutions.com Jun 13 2020 00:58:49      Convergent Outsourcing,
                 PO Box 9004,    Renton, WA 98057-9004
518550102      +E-mail/PDF: pa_dc_ed@navient.com Jun 13 2020 01:03:32      Dept Of Ed/navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
518550106       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 13 2020 00:57:51      Internal Revenue Service,
                 44 South Clinton Ave.,    Trenton, NJ 08601
518550108       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 13 2020 01:04:02      Jpmcb Card,
                 Po Box 15369,    Wilmington, DE 19850
518550110      +E-mail/Text: M74banko@daimler.com Jun 13 2020 00:59:17      Mercedes Benz Financia,
                 P.o. Box 961,    Roanoke, TX 76262-0961
518550113      +E-mail/Text: Bankruptcy@pinnaclefcu.com Jun 13 2020 00:58:00      Pinnacle Fed Cr Un,
                 135 Raritan Center,    Edison, NJ 08837-3645
518550114      +E-mail/Text: bk@rgsfinancial.com Jun 13 2020 00:57:11      RGS Financial Inc.,    PO Box 852039,
                 Richardson, TX 75085-2039
518550117      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2020 01:03:08      Syncb/jennifer Furnitu,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518550118      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2020 01:03:09      Syncb/lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
518550119      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2020 01:03:09      Syncb/pc Richard,
                 C/o Po Box 965036,    Orlando, FL 32896-0001
518550757      +E-mail/PDF: gecsedi@recoverycorp.com Jun 13 2020 01:03:09      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518550121      +E-mail/Text: bankruptcydepartment@tsico.com Jun 13 2020 00:59:03      Transworld Systems Inc,
                 507 Prudential Road,    Horsham, PA 19044-2308
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Evelyn Arvelo,    191 Madison Ave,    Perth Amboy, NJ 08861-4611
518557074*     +BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518550107*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     P.O. Box 9052,    Andover, MA 01810)
518550105*     +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jun 12, 2020
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2020 at the address(es) listed below:
              Andrea  Dobin     ecftrusteead@msbnj.com,  NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Morgan Stanley Mortgage Loan Trust 2007-9SL Mortgage
               Pass-Through Certificates, Series 2007-9SL, U.S. Bank Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, Et Al... dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Daimler Trust ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joseph B Vas    on behalf of Creditor Evelyn  Arvelo jbvas@vas-law.com,  ahuerta@vas-law.com
              Michael A. Artis    on behalf of U.S. Trustee    U.S. Trustee michael.a.artis@usdoj.gov
              Michael R. DuPont    on behalf of Creditor    Pinnacle Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Joint Debtor Carl D Graham, Jr. rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov  Rudikh    on behalf of Debtor Erica M Graham rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 10
```